UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENDRIX DESINOR,

                    Plaintiff,

-against-

OFFICER PREVIL; OFFICER LEON;
OFFICER AMIN; 3 TO 4 OTHER
OFFICERS, District 30 M.T.A. Police/Transit
Bureau Response Team,

                    Defendants.

24-CV-3847 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 21, 2024, the Court transferred this action, in the interest of justice under 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of New York because the events giving rise to Plaintiff's claims occurred in Brooklyn, Kings County, New York, where Plaintiff resides. On May 28, 2024, Plaintiff filed a notice of motion asking that the action not be transferred to the Eastern District of New York, stating "I don't want the confusion; I would like this case to remain under the same civil case number 24-CV-3847." (ECF 6.) The Clerk's Office electronically transmitted the action to the Eastern District on May 29, 2024.[1]

The Court denies Plaintiff's motion (ECF 5) for the reasons stated in its May 21, 2024 order. Plaintiff must address any future letters or motions to the Eastern District of New York.

---

[1] The transfer of a case ordinarily divests the transferor court of jurisdiction over the action. *Drabik v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction to rule on motion following physical transfer of case). The transferor court retains jurisdiction over the action only if the party seeking review acts to stay the transfer "prior to receipt of the action's papers by the clerk of the transferee court." *Warrick v. Gen. Electric Co.*, 40 F.3d 736, 739 (2d Cir. 1995). Plaintiff filed his motion before the Clerk of Court electronically transmitted this action to the Eastern District. The Court therefore retains jurisdiction to rule on the motion.

That courthouse is located at: 225 Cadman Plaza East, Brooklyn, NY 11201. Courthouse staff may be reached at (718) 613-2665.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    July 17, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

2